4993. ALEXANDER v. PATTERSON.

HILL, C. J. A contract of conditional sale, which is in writing duly attested, and recorded within thirty days from the date of the delivery of the property, becomes effective as against third persons from the date of the delivery of the property, even though the date of the execution of the contract does not appear therein. Civil Code, §§ 3318, 3319; *Tremere* v. *Barfield*, 12 *Ga. App.* 774 (78 S. E. 729); *Bond* v. *Brewer*, 96 *Ga.* 443 (23 S. E. 421); *Rowe* v. *Spencer*, 140 *Ga.* 540 (79 S. E. 144). *Judgment affirmed.*

DECIDED OCTOBER 7, 1913.

Trover; from city court of Blakely—Judge Sheffield. May 24, 1913.

*Glessner & Park,* for plaintiff in error.

*Rambo & Wright,* contra.